AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Keontae R. Brown<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 1:21mj-141 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 14, 2021 - February 9, 2021 in the county of Hamilton in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751 | Escape from Custody |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Deppe, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.
**via FaceTime video**

Date: **Feb 9, 2021**

City and state: Cincinnati, Ohio

Karen L. Litkovitz
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT OF:<br><br>KEONTAE R. BROWN | )<br>)<br>)   Case No.  1:21-mj-141<br>)<br>)<br>) |

### AFFIDAVIT IN SUPPORT OF
### CRIMINAL COMPLAINT AND ARREST WARRANT

I, Kevin Deppé, a Deputy United States Marshal with the United States Marshals Service, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I submit this affidavit in support of a criminal complaint and arrest warrant against KEONTAE R. BROWN for violating Title 18, United States Code, Section 751 (Escape from Custody).

2. I am a Deputy Marshal with the United States Marshal Service ("USMS") and have been since 2010. I am currently assigned to the Southern District of Ohio, Cincinnati office. In 2010 I attended and completed the Criminal Investigator Training Program, and the Basic Deputy United States Marshal training program at the Federal Law Enforcement Training Center in Glenco, Georgia. After successful completion of these programs I was sworn in and authorized under United States Code (USC), Title 18 Section 3053, and USC, Title 28 Section 564 and 566, to enforce the laws of the United States. Since 2010 I have served as a member of the Pacific Southwest Regional Fugitive Task Force (PSWRFTF) in the Eastern district of California, and as a member of the Southern Ohio Fugitive Apprehension Team (SOFAST) in Southern district of Ohio. During that time I have become familiar with violations of federal criminal laws, including but not limited to: Escape in violation of Title 18 U.S.C. § 751.

1

3. The facts in this Affidavit are based on my personal knowledge as well as on information I learned from other sources, including law enforcement databases, reports prepared by other law enforcement officers, and conversations I have had with other law enforcement officers and witnesses involved in this investigation.

4. Because I am submitting this affidavit for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact that I know about this investigation; I have set forth only those facts that I believe are necessary to establish probable cause to believe that BROWN violated 18 U.S.C. § 751.

## APPLICABLE LAW

5. Under 18 U.S.C. § 751, it is unlawful to escape from the custody of an institution or facility in which one is confined by virtue of a custody or confinement order.

## PROBABLE CAUSE

6. In 2017, BROWN was sentenced to serve sixty months' imprisonment and three years' supervised release after being convicted of violating 18 U.S.C. § 922(g)(1) in Case No. 3:16-CR-00126 out of the Southern District of Ohio. BROWN began his incarceration at the Federal Correctional Institution in Beckley, West Virginia. He was later transferred to the United States Prison Big Sandy in Inez, Kentucky from October 18, 2018 until January 14, 2021 to serve his sentence.

7. On or about January 14, 2021, BROWN was released from the custody of the Bureau of Prisons ("BOP") at the United States Prison Big Sandy in Inez, Kentucky, and ordered to the Talbert House for Men located at 2216 Vine Street, Cincinnati, Ohio 45219 where he was to serve the remainder of his sentence with a projected full term expiration date of October 2, 2021. BOP officials reported that BROWN boarded a Greyhound bus from United States Prison Big Sandy at approximately 8:55 a.m. on

January 14, 2021, and was due to arrive at Talbert House in Cincinnati, Ohio no later than 5:25 p.m. that day. BROWN never arrived at Talbert House.

8. While on community placement at Talbert House, residents are still considered BOP inmates and Talbert House is still a term of confinement. While residents can be temporarily authorized to leave, residents are obligated to follow all rules and procedures, and are obligated to remain at the facility until their release date. BROWN understood and agreed to these terms prior to his release from United States Prison Big Sandy and transfer to Talbert House. BOP officials explained to BROWN that he must immediately check himself in to Talbert House.

9. As of Tuesday, February 9, 2021, BROWN remains unaccounted for at the Talbert House. There is reason to believe that BROWN is currently in Montgomery County, Ohio.

10. Based on the foregoing, there is probable cause to believe that KEONTAE R. BROWN, while in the Southern District of Ohio, violated 18 U.S.C. § 751 (Escape from Custody).

## CONCLUSION

11. Based on the foregoing, I respectfully request that the Court issue the proposed criminal complaint and arrest warrant.

Dated: 02/09/2021

KEVIN DEPPE
United States Deputy Marshal
United States Marshals Service

Sworn to before me this 9th day of February, 2021.

Karen L. Litkovitz
United States Magistrate Judge